73 A.3d 1244

IN THE MATTER OF WARREN H. CARR, AN ATTORNEY AT LAW (ATTORNEY NO. 211921962).

September 18, 2013.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 13–037, concluding that the formal ethics complaint in Docket No. IV–2010–0025E filed against **WARREN H. CARR** of **WOODBURY,** who was admitted to the bar of this State in 1962, should be dismissed because of the lack of clear and convincing evidence of violation of *RPC* 1.2(a) and *RPC* 1.7(a) and (b) and the *de minimis* nature of the violation of *RPC* 1.5(b), and good cause appearing;

It is ORDERED that the complaint against **WARREN H. CARR** in Docket No. IV–2010–0025E is hereby dismissed.